UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-87-DMG (MAAx) | Date | August 2, 2022 |
|---|---|---|---|

| Title | *Eric Cleveland v. Menveg Collier Menveg, LLC* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE DEFENDANT'S MOTION FOR DEFAULT JUDGMENT [40]**

On July 26, 2022, Defendant Menveg Collier Menveg, LLC filed what it purported to be a motion for default judgment against itself.  [Doc. # 40.]  Parties cannot move for default judgment against themselves.  *See* Fed. R. Civ. P. 55.  If default is what Defendant seeks, all it need do is nothing.  Plaintiff will be obligated to seek entry of default and move for a default judgment in due course.  And if it is true that all ADA violations have been remedied, the Court will not look favorably on Plaintiff's attempt to seek attorneys' fees on any work performed after today that does not involve the facilitation of the resolution of this action.

Accordingly, the motion is **DENIED**, and the August 16, 2022 hearing is **VACATED**.

**IT IS SO ORDERED.**